No. 49.  SOLOW v. GENERAL MOTORS TRUCK Co.  October 9, 1933.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Melville Ehrlick* for petitioner.  *Messrs. John Thomas Smith* and *Anthony J. Russo* for respondent.

No. 52.  HOPKINS v. TEXAS Co.  October 9, 1933.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.  *Mr. Charles E. McPherren* for petitioner.  *Messrs. Charles B. Cochran, Harry T. Klein,* and *John R. Ramsey* for respondent.

No. 53.  ROMUALDEZ v. PHILIPPINE ISLANDS.  October 9, 1933.  Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied.  *Mr. Paul J. Christian* for petitioner.  *Messrs. William Cattron Rigby, Fred W. Lewellyn,* and *Kyle Rucker* for respondent.

No. 55.  BODINE & CLARK LIVESTOCK COMM'N Co. v. GREAT NORTHERN RY. Co.  October 9, 1933.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Arthur M. Geary* for petitioner.  *Messrs. Charles A. Hart* and *Fletcher Rockwood* for respondent.

No. 57.  JOHN T. CLARKE v. CHICAGO, B. & Q. R. Co. ET AL.;

No. 58.  SAME v. CHICAGO, B. & Q. R. Co.; and

No. 59.  ELLA R. CLARKE ET AL. v. SAME.  October 9, 1933.  Petition for writ of certiorari to the Circuit Court